UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DAVID REYES, § § § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 5:17-CV-62 |
| § § | |
| LORIE DAVIS, § § § | |
| Respondent. § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 20), which recommends that Respondent's motion for summary judgment (Dkt. 16) be granted. The parties have been duly noticed regarding the filing of objections, and the applicable 14-day timeframe for the filing of objections has now lapsed. Noting that no objections have been filed, and having now reviewed the matter as provided by 28 U.S.C. § 636, the Court concludes that the Report and Recommendation should be and is hereby ACCEPTED. Thus, Defendant's motion for summary judgment (Dkt. 16) is hereby GRANTED. The Clerk of Court is DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 28th day of March, 2018.

_____
Diana Saldaña
United States District Judge